UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEARY W WALTON,

         Plaintiff,

   v.

UNKNOWN,

         Defendant.

Case No. 20-cv-07533-PJH

**ORDER OF DISMISSAL**

This case was opened when plaintiff wrote a letter to the court regarding the class action case, *Scholl v. Mnuchin*, 20-cv-5309 PJH.[1] In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

The twenty-eight days has passed, and plaintiff has not filed a complaint, an IFP application, or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due.

**IT IS SO ORDERED.**

Dated: December 9, 2020

                                         */s/ Phyllis J. Hamilton*
                                         PHYLLIS J. HAMILTON
                                         United States District Judge

---

[1] Plaintiff's letter has been forwarded to class counsel.